TRINETTE G. KENT (State Bar No. 222020)
3219 E Camelback Rd, #588
Phoenix, AZ 85018
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@kentlawpc.com

*Attorneys for Plaintiff,*
*Donna McCloud*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| DONNA MCCLOUD,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>DISCOVER BANK, PORTFOLIO RECOVERY ASSOCIATES, LLC., EQUIFAX INFORMATION SERVICES LLC and EXPERIAN INFORMATION SOLUTIONS, INC.<br><br>　　　　　Defendants. | Case No.: 8:22-cv-01873-FWS-ADS<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT PORTFOLIO RECOVERY ASSOCIATES, LLC ONLY** |

NOTICE IS HEREBY GIVEN that Plaintiff and Defendant Portfolio Recovery Associates, LLC ONLY have reached a settlement. Plaintiff anticipates filing a Notice of Voluntary Dismissal with Prejudice as to Defendant Portfolio Recovery Associates, LLC only pursuant to Fed. R. Civ. P. 41(a) within 60 days.

1 RESPECTFULLY SUBMITTED this 2nd day of November, 2022.

KENT LAW OFFICES

By: /s/ Trinette G. Kent
Trinette G. Kent
Attorneys for Plaintiff,
*Donna McCloud*