TRINETTE G. KENT (State Bar No. 222020)
3219 E Camelback Rd, #588
Phoenix, AZ 85018
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@kentlawpc.com

*Attorneys for Plaintiff,
Donna McCloud*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| DONNA MCCLOUD,<br><br>             Plaintiff,<br><br>    vs.<br><br>DISCOVER BANK, PORTFOLIO RECOVERY ASSOCIATES, LLC., EQUIFAX INFORMATION SERVICES LLC and EXPERIAN INFORMATION SOLUTIONS, INC.<br><br>             Defendants. | Case No.: 8:22-cv-01873-FWS-ADS<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT DISCOVER BANK ONLY** |

NOTICE IS HEREBY GIVEN that Plaintiff and Defendant Discover Bank ONLY have reached a settlement.  The Parties anticipate filing a Stipulation for Dismissal with Prejudice as to Defendant Discover Bank <u>only</u> pursuant to Fed. R. Civ. P. 41(a) within 60 days.

RESPECTFULLY SUBMITTED this 5th day of February, 2023.

KENT LAW OFFICES

By: /s/ Trinette G. Kent
Trinette G. Kent
Attorneys for Plaintiff,
*Donna McCloud*