1  TRINETTE G. KENT (State Bar No. 222020)
2  3219 E Camelback Rd, #588
   Phoenix, AZ 85018
3  Telephone:  (480) 247-9644
4  Facsimile:  (480) 717-4781
   E-mail: tkent@kentlawpc.com
5
6  *Attorneys for Plaintiff,*
   *Donna McCloud*
7

8

9              IN THE UNITED STATES DISTRICT COURT

10            FOR THE CENTRAL DISTRICT OF CALIFORNIA

11                      SOUTHERN DIVISION

12

13 | DONNA MCCLOUD,                          ) Case No.:  8:22-cv-01873-FWS-ADS
14 |                                         )
15 |                     Plaintiff,          ) **NOTICE OF SETTLEMENT AS**
   |                                         ) **TO DEFENDANT EQUIFAX**
16 |        vs.                              ) **INFORMATION SERVICES LLC**
   | DISCOVER BANK, PORTFOLIO                ) **ONLY**
17 | RECOVERY ASSOCIATES, LLC.,              )
18 | EQUIFAX INFORMATION SERVICES            )
   | LLC and EXPERIAN INFORMATION            )
19 | SOLUTIONS, INC.                         )
20 |                                         )
21 |                     Defendants.         )
22 |_____)

23        NOTICE IS HEREBY GIVEN that Plaintiff and Defendant Equifax

24 Information Services LLC ONLY have reached a settlement.  The Parties anticipate
25
26 filing a Stipulation for Dismissal with Prejudice as to Defendant Equifax Information

27 Services LLC <u>only</u> pursuant to Fed. R. Civ. P. 41(a) within 60 days.

28

                                      - 1 -

1 RESPECTFULLY SUBMITTED this 18th day of April, 2023.

KENT LAW OFFICES

By: /s/ *Trinette G. Kent*
Trinette G. Kent
Attorneys for Plaintiff,
*Donna McCloud*