NOTE: CHANGES MADE BY COURT

# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DONNA MCCLOUD,<br><br>            Plaintiff,<br><br>    v.<br><br>DISCOVER BANK, PORTFOLIO RECOVERY ASSOCIATES, LLC., EQUIFAX INFORMATION SERVICES LLC and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>            Defendants. | Case No. 8:22-cv-01873-FWS-ADS_<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES LLC ONLY [40]** |

///

///

///

# ORDER

Having considered and reviewed the Stipulation of Dismissal with Prejudice as to Defendant Equifax Information Services LLC Only [40] (the "Stipulation"), filed by Plaintiff Donna Mccloud ("Plaintiff"), and Defendant Equifax Information Services LLC ("Defendant Equifax"), and good cause appearing, the court **GRANTS** the Stipulation and **ORDERS** the following:

All claims asserted by Plaintiff against Defendant Equifax are hereby **DISMISSED WITH PREJUDICE**, with both sides (Plaintiff and Defendant Equifax) to bear their own attorneys' fees and costs.

**IT IS SO ORDERED**.

DATED: May 19, 2023

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE